1

2

3

4

5

6

7

8                                   **UNITED STATES DISTRICT COURT**

9                                   **EASTERN DISTRICT OF CALIFORNIA**

10

11    TIMOTHY BROWN,                          )    Case No.: 1:19-CV-00896-DAD-JLT
                                               )
12                    Plaintiff,               )    ORDER REFERRING THE MATTER TO VDRP
                                               )
13          v.                                 )
                                               )
14    HOME DEPOT U.S.A., INC.,                 )
                                               )
15                    Defendant.               )

16

17          On September 25, 2019, the parties submitted a joint case management statement.  (Doc. 9.)  In

18    that statement, the parties indicate that they are agreeable to "immediate referral to VDRP."  (Doc. 9 at

19    2.)  Therefore, the Court **ORDERS**:

20          1.      The Scheduling Conference set for October 4, 2019 is **VACATED**;

21          2.      The matter is referred to the Voluntary Dispute Resolution Program; and

22          3.      All deadlines and hearing dates are **VACATED**, and the scheduling conference will be

23    re-set if it becomes necessary.

24

25    IT IS SO ORDERED.

26       Dated:    **September 27, 2019**              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
27

28