# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROWN, | Case No.: 1:19-CV-00896-DAD-JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | |
| HOME DEPOT U.S.A., INC., | |
| Defendant. | |

The parties notified the Court, through the VDRP, that the matter had settled. Therefore, the Court **ORDERS**:

1. The parties SHALL file a stipulated dismissal **no later than February 28, 2020**;
3. All deadlines and hearing dates are **VACATED**.

IT IS SO ORDERED.

Dated: **January 24, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE