| | |
|---|---|
| 1 | JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576 |
| | ZACHARY S. TOLSON, ESQUIRE - State Bar #242824 |
| 2 | GOODMAN NEUMAN HAMILTON LLP |

JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued as THE HOME DEPOT, INC.)
**************************************************

MATTHEW ROSTON, ESQ. - State Bar #265944
ROSTON LAW GROUP, APC
9454 Wilshire Blvd., Ste 850
Beverly Hills, CA 90212
Telephone: (310) 550-6221
Facsimile: (310) 246-0305
Attorneys for Plaintiff
TIMOTHY BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | Case No. 19-cv-00896-DAD-JLT<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER**<br>**(Doc. 19)** |

Plaintiff TIMOTHY BROWN and Defendant HOME DEPOT U.S.A., INC. (erroneously sued as THE HOME DEPOT, INC.) do hereby submit this Stipulated Request for Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). The parties have settled the matter and all terms of the settlement have been agreed upon and performed. This dismissal of Plaintiff's claims are with prejudice. IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 20, 2020    GOODMAN NEUMAN HAMILTON LLP

    By: */s/ Zachary S. Tolson*
        ZACHARY S. TOLSON
        Attorneys for Defendant HOME DEPOT U.S.A., INC.

DATED: February 20, 2020    ROSTON LAW GROUP, APC

    By: */s/ Matthew Roston*
        MATTHEW ROSTON
        Attorney for Plaintiff TIMOTHY BROWN

-1-
STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER

**ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 19) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **February 20, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400